IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., ATI TECHNOLOGIES ULC, and ATI INTERNATIONAL SRL, <br><br> Plaintiffs, <br><br> v. <br><br> S3 GRAPHICS CO., LTD., S3 GRAPHICS, INC., and SONICBLUE INCORPORATED, <br><br> Defendants. | Civil Action No. _____ <br><br> **Demand for Jury Trial** |

## PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiffs Advanced Micro Devices, Inc. ("AMD"), ATI Technologies ULC, and ATI International SRL (collectively "ATI") (all three collectively "Plaintiffs"), by and through their undersigned counsel, hereby move the Court, pursuant to Federal Rule of Civil Procedure 65, for an order granting a temporary restraining order and preliminary injunction to enjoin defendants S3 Graphics Co., Ltd. ("S3G Cayman") and S3 Graphics, Inc. ("S3G Delaware") (collectively, "S3G") to take all necessary actions to secure dismissal of the patent infringement claims asserted in the pending International Trade Commission ("ITC") action against Apple, Inc., styled *In the Matter of Certain Electronic Devices with Image Processing Systems, Components Thereof, and Associated Software*, Inv. No. 337-TA-724 ("ITC Action").

Immediate injunctive relief is necessary to prevent S3G from obtaining an order in the ITC Action that could prevent AMD/ATI's customer, Apple, Inc., from importing and selling certain products **based on alleged infringement of patents that ATI actually owns**. AMD/ATI's motion is urgent because the current target date for a final decision in the ITC Action is *November 1, 2011.* S3G could obtain this relief any day without a determination of ATI's

ownership interest.  If the relief sought is not granted, Plaintiffs will suffer immediate and irreparable harm as set forth in more detail in Plaintiffs' Original Complaint, Plaintiffs' Opening Brief in Support of their Motion for Temporary Restraining Order and Preliminary Injunction, and in the supporting declarations and exhibits filed concurrently herewith.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order, substantially similar to the proposed Order attached hereto, enjoining S3G from continuing to prosecute their claims in the related ITC Investigation during the pendency of the instant litigation.

| | |
|---|---|
| OF COUNSEL:<br>Jeffrey D. Mills<br>jmills@kslaw.com<br>R. William Beard, Jr.<br>wbeard@kslaw.com<br>Danielle Fitzpatrick<br>dfitzpatrick@kslaw.com<br>Amina S. Dammann<br>adammann@kslaw.com<br>Anna Brandl<br>abrandl@kslaw.com<br>King & Spalding LLP<br>401 Congress Avenue, Suite 3200<br>Austin, TX  78701<br>(512) 457-2000<br><br>Dated:  October 13, 2011 | /s/ Anne Shea Gaza<br>Robert W. Whetzel (#2288)<br>whetzel@rlf.com<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br><br>*Attorneys for Plaintiffs*<br>*Advanced Micro Devices, Inc., ATI*<br>*Technologies ULC and ATI International SRL* |