## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., ATI TECHNOLOGIES ULC, and ATI INTERNATIONAL SRL | ) ) ) | Civil Action No. _____ |
| | ) | **Demand for Jury Trial** |
| Plaintiffs, | ) ) | |
| v. | ) ) | **VOLUME 1 OF 4** |
| S3 GRAPHICS CO., LTD., S3 GRAPHICS, INC., and SONICBLUE INCORPORATED | ) ) ) | |
| Defendants. | ) ) | |

### DECLARATION OF AMINA S. DAMMANN IN SUPPORT OF ADVANCED MICRO DEVICES, INC., ATI TECHNOLOGIES ULC, AND ATI INTERNATIONAL SRL'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Amina S. Dammann, hereby declare and state as follows:

1.     I am an attorney with the law firm of King & Spalding LLP, which is counsel of record for Advanced Micro Devices, Inc., ATI Technologies ULC and ATI International SRL. I have personal knowledge of the facts set forth in this declaration unless otherwise noted, and, if called to do so, I could and would competently testify thereto.

2.     Exhibit 1 is a true and correct copy of U.S. Patent No. 6,658,146.

3.     Exhibit 2 is a true and correct copy of U.S. Patent No. 6,683,978.

4.     Exhibit 3 is a true and correct copy of U.S. Patent No. 6,775,417.

5.     Exhibit 4 is a true and correct copy of U.S. Patent No. 7,043,087.

6.     Exhibit 5 is a true and correct copy of a document entitled "United States Patent and Trademark Office, Assignments on the Web" regarding U.S. Patent No. 6,658,146.

7.     Exhibit 6 is a true and correct copy of a document entitled "United States Patent and Trademark Office, Assignments on the Web" regarding U.S. Patent No. 6,683,978, and attached thereto are: (1) "Assignment: 1," "Reel/Frame: 026597/0407" (4 pages); (2) "Assignment: 2," "Reel/Frame: 026598/0134" (3 pages); and (3) "Assignment: 3," "Reel/Frame: 026598/0177" (12 pages).

8.     Exhibit 7 is a true and correct copy of a document entitled "United States Patent and Trademark Office, Assignments on the Web" regarding U.S. Patent No. 6,775,417.

9.     Exhibit 8 is a true and correct copy of a document entitled "United States Patent and Trademark Office, Assignments on the Web" regarding U.S. Patent No. 7,043,087.

10.    Exhibit 9 is a true and correct copy of a document entitled "Bill of Sale and Assignment" from SONICblue Incorporated, to ATI International SRL, Concepta Gesellschaft für Immobilieninvestitionen mbH and ATI Technologies (Europe) Limited, dated March 30, 2001.

11.    Exhibit 10 is a true and correct copy of a document entitled "Asset Purchase Agreement," among SONICblue Incorporated and ATI Technologies Inc. and ATI International SRL and Concepta Gesellschaft für Immobilieninvestitionen mbH and ATI Technologies (Europe) Limited, dated March 30, 2001

12.    Exhibit 11 is a true and correct copy of a document entitled "Acknowledgment of Assignment and Transfer of Rights in Patents and Patent Applications," between SONICblue, ATI Technologies ULC and ATI International SRL, dated September 6, 2011 and September 7, 2011.

13.     Exhibit 12 is a true and correct copy of a Securities and Exchange Commission's Form 8-K/A (Amendment No. 1) reported by SONICblue Incorporated, dated January 3, 2001, with Exhibit 99.1 entitled "Joint Venture Agreement between SONICblue Incorporated, SONICA3, Inc. and VIA Technologies, Inc.," dated January 3, 2001.

14.     Exhibit 13 is a true and correct copy of a document entitled "Amended and Restated Investment Agreement among S3 Incorporated, VIA Technologies, Inc. and JV," dated August 28, 2000.

15.     Exhibit 14 is a true and correct copy of the public version of a filing with the United States International Trade Commission entitled "Complaint of S3 Graphics Co., Ltd. and S3 Graphics, Inc. under Section 337 of the Tariff Act of 1930, as Amended," dated May 28, 2010.

16.     Exhibit 15 is a true and correct copy of documents filed with the United States International Trade Commission as Exhibit 5 to the "Complaint of S3 Graphics Co., Ltd. and S3 Graphics, Inc. under Section 337 of the Tariff Act of 1930, as Amended," dated May 28, 2010.

17.     Exhibit 16 is a true and correct copy of a United States Patent and Trademark Office's Notice of Recordation of Assignment Document, reference number 501656088, dated September 13, 2011.

18.     Exhibit 17 is a true and correct copy of excerpts from the prosecution history file for U.S. Patent No. 6,658,146.

19.     Exhibit 18 is a true and correct copy of excerpts from the prosecution history file for U.S. Patent No. 6,683,978.

20.     Exhibit 19 is a true and correct copy of excerpts from a document entitled "Initial Determination on Violation of Section 337 and Recommended Determination on Remedy and

3

Bond," by Administrative Law Judge E. James Gildea, in the Matter of Certain Electronic Devices with Image Processing Systems, Components Thereof, and Associated Software, Inv. No. 337-TA-724, dated July 1, 2011.

21.     Exhibit 20 is a true and correct copy of Federal Register Vol. 76, No. 175 at 55944–46, dated September 9, 2011.

22.     Exhibit 21 is a true and correct copy of a document entitled "Schedule 3.19(f) List of Intellectual Property Licensed to Third Parties." Schedule 3.19(f) is a schedule to the "Asset Purchase Agreement" among SONICblue Incorporated and ATI Technologies Inc. and ATI International SRL and Concepta Gesellschaft für Immobilieninvestitionen mbH and ATI Technologies (Europe) Limited, dated March 30, 2001.

23.     Exhibit 22 is a true and correct copy of a document entitled "Schedule 3.14(a)(ii) Contributed Intellectual Property." Schedule 3.14(a)(ii) is a schedule to the "Amended and Restated Investment Agreement" among S3 Incorporated, VIA Technologies, Inc. and JV, dated August 28, 2000.

24.     Exhibit 23 is a true and correct copy of a declaration of Kevin O'Neil, dated September 14, 2011, with Attachments 1 through 23.

25.     Exhibit 24 is a true and correct copy of a declaration of Matthew Skynner, dated October 11, 2011, with Attachments 1 through 6.

26.     Exhibit 25 is a true and correct copy of the entries for the term "asset" in Black's Law Dictionary, Ninth Edition, 2009.

27.     Exhibit 26 is a true and correct copy of the public version of a filing with the United States International Trade Commission entitled "Advanced Micro Devices, Inc., ATI Technologies ULC's and ATI International SRL's Motion to Intervene for the Limited Purpose

4

of Raising a Dispositive Jurisdictional Issue and Requesting Termination of this Investigation," Inv. No. 337-TA-724, dated September 15, 2011.

28.    Exhibit 27 is a true and correct copy of Federal Register Vol. 75, No. 126, at 38118–19, dated July 1, 2010.

29.    Exhibit 28 is a true and correct copy of the public version of a filing with the United States International Trade Commission entitled "Complainants S3 Graphics Co., Ltd.'s and S3 Graphics, Inc.'s Combined Opposition to AMD and ATI's Motion to Intervene and Request for Termination of Investigation, and to Apple's Motion to Terminate the Investigation or for Further Evidentiary Proceedings," Inv. No. 337-TA-724, dated September 29, 2011.

30.    Exhibit 29 is a true and correct copy of an excerpt from the prosecution history file for U.S. Patent No. 6,658,146.

31.    Exhibit 30 is a true and correct copy of excerpts from the prosecution history file for U.S. Patent No. 6,683,978.

32.    Exhibit 31 is true and correct copy of a document entitled "Receipt," dated April 2, 2001. This document is an attachment to the "Asset Purchase Agreement" among SONICblue Incorporated and ATI Technologies Inc. and ATI International SRL and Concepta Gesellschaft für Immobilieninvestitionen mbH and ATI Technologies (Europe) Limited, dated March 30, 2001.

33.    Exhibit 32 is a true and correct copy of the public version of a document entitled "Settlement Agreement" "by and among VIA Technologies, Inc., S3 Graphics Co., Ltd., S3 Graphics, Inc., S3-VIA, Inc., Intel Corporation, and SONICblue, Inc.," Case: 03-51775, Doc# 2158-3, Filed: 02/16/07.

34.    Exhibit 33 is a true and correct copy of a bankruptcy court order signed October 31, 2006, Case: 03-51775, Doc# 1981, Filed: 10/31/06.

35.    Exhibit 34 is a true and correct copy of Administrative Law Judge E. James Gildea's "Order No. 2: Notice of Ground Rules and Setting Target Date and Date for Submission of Proposed Procedural Schedule," Inv. No. 337-TA-724, dated July 6, 2010.

36.    Exhibit 35 is a true and correct copy of a declaration of Jacob S. Zimmerman, dated March 23, 2011.

37.    Exhibit 36 is a true and correct copy of a document entitled "Schedule 3.19(a) List of (i) all patents and patent applications, registered trademarks and trademark applications, registered copyrights and copyright applications, and domain names." Schedule 3.19(a) is a schedule to the "Asset Purchase Agreement" among SONICblue Incorporated and ATI Technologies Inc. and ATI International SRL and Concepta Gesellschaft für Immobilieninvestitionen mbH and ATI Technologies (Europe) Limited, dated March 30, 2001.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 12th day of October, 2011, in Austin, Texas.

Amina S. Dammann

Dated: October 12, 2011