

Frederick L. Cottrell, III
Director
302-651-7509
cottrell@rlf.com

October 13, 2011

**VIA CM/ECF & HAND DELIVERY**
Dr. Peter T. Dalleo
Clerk of the United States District Court
District of Delaware
844 N. King Street, Unit 18
Wilmington, DE 19801-3570

Re:   *Advanced Micro Devices, Inc. et al. v. S3 Graphics Co., Ltd., et al.*

Dear Dr. Dalleo:

Enclosed please find a Complaint, a Motion for Temporary Restraining Order and Preliminary Injunction with proposed Order, a Motion for Leave to File Under Seal with proposed Order, Plaintiffs' Under Seal Opening Brief in Support of Their Motion for Temporary Restraining Order and Preliminary Injunction, the Declaration of Amina Dammann, the Under Seal Declaration of Matthew Skynner, Plaintiffs' Rule 7.1. Corporate Disclosure Statements, and a Civil Cover Sheet, which were filed today in the above-captioned litigation.

As is evident from the papers, Plaintiffs seek immediate injunctive relief to preserve the status quo while this Court determines ownership of the ATI Patents. Immediate injunctive relief is necessary to prevent S3G from obtaining an order from the United States International Trade Commission ("ITC") that could prevent AMD/ATI's customer, Apple, Inc. ("Apple") from importing and selling certain products *based on alleged infringement of patents that ATI actually owns.* AMD/ATI's motion is urgent because S3G could obtain this relief any day without a determination of ATI's ownership interest. Under the current ITC schedule, the ITC will issue a final decision on or before *November 1, 2011.* As detailed in the papers and accompanying declarations and exhibits, Plaintiffs will suffer irreparable harm if an injunction is not granted. Accordingly, we respectfully request that this matter be referred to a Judge as soon as possible so that Plaintiffs may seek a hearing on their Motion for Temporary Restraining Order and Preliminary Injunction at the Court's earliest convenience.

Please note that the following papers were filed under seal pending the Court's consideration of Plaintiffs' Motion for Leave to File Under Seal:

Dr. Peter T. Dalleo
Clerk of the United States District Court
October 13, 2011
Page 2

1. Plaintiffs' Under Seal Opening Brief in Support of Their Motion for Temporary Restraining Order and Preliminary Injunction;
2. The Under Seal Declaration of Matthew Skynner; and
3. The following exhibits to the Declaration of Amina Dammann:
   - Exhibit 10 - Purchase Agreement;
   - Exhibit 21 - Schedule 3.19(f) to Purchase Agreement;
   - Exhibit 23 - Declaration of Kevin O'Neil (attachments to Exhibit 23 are not under seal);
   - Exhibit 24 - Declaration of Matthew Skynner (attachments to Exhibit 24 are not under seal);
   - Exhibit 31 - Purchase Price Receipt;
   - Exhibit 35 - Declaration of Jacob S. Zimmerman; and
   - Exhibit 36 - Schedule 3.19(a) to Purchase Agreement.

As always, if you have any questions or concerns regarding this matter, please do not hesitate to contact me.

Respectfully,

*Frederick L. Cottrell, III /ass* (#4093)

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

FLC,III/erh
Attachments

cc: S3 Graphics, Inc. (via hand delivery) (w/att.)
    c/o Incorporating Services, Ltd.
    3500 South DuPont Highway
    Dover, DE 19901

    SONICblue Incorporated (via hand delivery) (w/att.)
    c/o Corporation Trust Company
    1209 Orange Street
    Wilmington, DE 19801

    S3 Graphics Co., Ltd. (via Federal Express) (w/att.)
    2nd Floor, Zephyr House
    Mary Street, P. O. Box 709
    Grand Cayman, Grand Cayman Islands
    British West Indies

    Thomas L. Jarvis (via Federal Express) (w/ publicly available att. only)
    FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
    901 New York Avenue, NW

Dr. Peter T. Dalleo
Clerk of the United States District Court
October 13, 2011
Page 3

       Washington, D.C. 20001-4413
Scott R. Mosko, Esquire (via Federal Express) (w/ publicly available att. only)
     FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
     Stanford Research Park
     3300 Hillview Avenue
     Palo Alto, CA 94304-1203
Jeffrey D. Mills, Esquire (via electronic mail) (w/ att.)

RLF1 5472456v. 1